# ATTACHMENT A

## Application for Temporary Employment Certification
### ETA Form 9142
### U.S. Department of Labor

OMB Approval: 1205-0466
Expiration Date: 11/30/2011

AUG -5 2511

**A. Employment-Based Nonimmigrant Visa Information**

1. H&c/n. of Visa classification supported by this application: **H-2B**

**B. Temporary Need Information**

1. Job Title: **Tree Nursery Harvester**
2. SOC (ONET/OES) code: **45-2092.01**
3. SOC (ONET/OES) occupation title: **Nursery Workers**
4. Is this a full-time position? ☒ Yes ☐ No
5. Period of Intended Employment
   - Start Date: **05/15/2012**
7. Worker Positions Being Requested for Certification

   a. New employment
   b. Continuation of previously approved employment
   - New concurrent employment
   - Change in employer
   - Amended petition

8. Nature of Temporary Need: Peakload / One-Time Occurrence / Intermittent / Other Temporary Need
   - **80000001**

9. Statement of Temporary Need

---

## Application for Temporary Employment Certification
### ETA Form 9142
### U.S. Department of Labor



Everything blackened has been redacted under exemption 11a

OMB Approval: 1205-0466
Expiration Date: 11/30/2011

**C. Employer Information**

1. Legal Business Name: **Alpine Forestry LLC**
2. Trade name/Doing Business As/DBA, if applicable:
3. Address 1: **137 S Commerce Ave, Suite 287**
4. Address 2:
5. City: **La Grange**
6. State: **GA**
7. Postal code: **30241-2337**
8. Country: **USA**
11. Extension:
12. Federal Employer Identification Number (FEIN from IRS): **115310**
13. NAICS code: **1410**
14. Total number of employees: **3**
16. Year commenced business: **2008**
17. Type of employer (choose only one):
   - Individual Employer
   - H-2A Labor Contractor or Job Contractor
   - Association – Sole Employer (H-2A only)
   - Association – Mot Employer (H-2A only)
   - Association – Filing as Agent (H-2A only)

**D. Employer Point of Contact Information**

1. Contact's last (family) name: **Woods**
   First (given) name: **Brandy**
4. Contact's job title: **Managing Partner**
5. Address 1: **137 S Commerce Ave, Suite 287**
6. Address 2:
7. City: **La Grange**  State: **GA**  Postal code: **30241-2337**
11. Country: **USA**
12. Telephone number: **706-675-1611**
14. E-Mail address: **alpineforestryllc@hotmail.com**

---

## Application for Temporary Employment Certification
### ETA Form 9142
### U.S. Department of Labor

**E. Attorney or Agent Information (if applicable)**

1. Is the employer represented by an attorney or agent? ☒ Yes ☐ No
2. Attorney or Agent's last (family) name: **Muilenburg**
   First (given) name: **Ginny**
3. Address 1: **137 N. 3rd St.**
6. City: **Coeur d'Alene**
   State: **ID**
10. Country: **USA**
11. Province:
12. Telephone number: **208-777-2654**
13. Extension:
14. E-Mail address: **ginny@laborci.com**
15. Law firm/Business name: **Labor Consultants International**

**F. Job Offer Information**

a. Job Description

1. Job Title: **Tree Nursery Harvester**
2. Number of workers: **40**
3. Hourly Work Schedule: A.M. / P.M.
4. Basic rate of pay: **$10.50** per hour
   Overtime: $

Job duties – A description of the duties to be performed MUST herein this space to continue and complete description.

**Temporary Position**
Harvest seedling trees from nursery, take measurements, load/unload bulk transport bins and load onto packing lines, sort and align seedlings and pack into card label bags. Load bags into storage. Tools provided.

---

## Application for Temporary Employment Certification
### ETA Form 9142
### U.S. Department of Labor

**U. Minimum Job Requirements**

1. Education: minimum U.S. diploma/degree required
   - None / High School/GED / Associate's / Bachelor's / Master's / Doctorate
10. If 'Other degree' required: Specify the major/field
    Indicate the major:
    and/or study required
    May the 0015 1050 one year ed major end more than 005 0001
    
pa. If 'Yes' in question 2, indicate the second U.S. diploma/degree and the major(s)
   field(s) of study required:

3. Is there a training requirement for the job? ☐ Yes ☒ No
30. If 'Yes'; In question 3, Specify 0 1r tomb.: months of training required
25. (010010 1110 feldth)th 100101 01 training required
   f1.15y1.1 rove Iken ono related field one more than one type)

Is employment experience required? ☐ Yes ☒ No
40. If 'Yes' in question 4, specify the number of months of experience required:
45. Indicate the occupation required:

5.5100101 Requirements .1101 :Specific Skills, licenses/certifications, and requirements of the job opportunity.

Extensive standing and lifting for loading/unloading up to 65 lbs. Required to show proof of legal authority to work in U.S.

**G. Place of Employment Information**

1. Worksite address 1: **169 Weyernretram Road**
2. Address 2:
3. City: **Aiken**
4. County: **Aiken**
5. District/Territory:
6. State: **SC**   Postal code: **29801-9505**

7. Will work be performed in 1011111010 weemilen Yetlim en nren or intended employamont or a location(s) other than the address listed above? ☐ Yes ☒ No
70. If Yes in question 7, identify the geographic place(s) of employment with as rhea Specifically as possible. If necessary, submit an attachment to continue and conna a listing of all anticipated workstate .: §

## Application for Temporary Employment Certified On
### ETA Form 9142
### U.S. Department of Labor

**G. Rate of Pay**

1. Basic Rate of Pay Offered •
   Mono $17   1.36   1   To (Dolionallt $ _____, _____Front, $11 1   1.10   1 1   To (Opfionagt $ _____
   1a. Overtome FialeolINI pan:rerun §

2. Per.  (Chase oar end ___ - ___ Hee, ___
   Li Inr en   0 laWeekly   CI Month CI Y ar D P.a. Rate

20. If Piere Rote is indicated in ova:slum 0, sadly Pia wage offer requirements' §

3. Addittonal Wage Information (e 9.. multiple mintage application, itinerant work, 01 0)111:1   ail proporlidoel
   II necessary, add attachment to (Mira n. and complegg Masada/to 1
   Possible hour fluctuation due to seeding conditions

**H. Recruitment Intomialion**

1. Name el Elate Mahn. Agency (EWE) seang the area of intended employment
   **South Carolina Employment Security**

2. EWE job order idatificalion filcher'
   **SC505790**

20. Stag date of SWA job order '
   **06/07/2011**

25. End date of 1,.00M job order '
   **06/18/201**

· Is there u Sunday edition of s teno/men (of general urculalion)itt Ina area el intended   o rant? •
   W Yen   CI No

note of ___ ear/Publication Of ,,_ die 0,0nooennlsnroInn.Olt ඞ   Estee rl PrInt Adverfi em   n

The MIles and Demo:tat (Sunday & Wednesday)   Ron 06/12/2.   I 0.25   MM
   From   1 TO

Additional Recant/Pent Ravines for 01-20 pmgram. Use Ina space below to Idea geograpla locaxota) of recruitment, EA the date(s) on which rectoarnent was 000 Ia continue and complete ascription. •

m typois) or source(s) of recruitment, Ided. If necessaty, Odd attachment

All sources of recruitment Included the following:
South Carolina State Job Order #SC505790 from 06/07/2011-06/18/2011.
Advertisements in The Times and Democrat on Sunday 06/12/2011 and Wednesday 06/15/2011
Word of Mouth advertising

LTA Fe. PIO   Fort OrtaIrrallger (W WII. USE ONLY   Page of
Case Mantra. _____   Can Malire _____ Validity and _____

---

## Application for Temporary Employment Codified on
### ETA Form 0142
### U.S. Dopertinent of Labor

**1. Declaration of Employer and Attorney/ Agent**

In accord.. with Federal reputations, the employer must attest 111011100 abido by no   aln Man 001141nces nod obligations
Cs it condition la receiving a temporary lab.or codification from the U.S. (Madinat of   atm Applicant.. Oa fail In atlas
A,00eflIt:sbanrflrpoildloftliili be consloored incomplete ad not acceplalorpre   Marto hy Me ETA mac... saas 56..
renter.

| | 0 Yes | Ohio | 01/tim |
|---|---|---|---|
| 1. For 1 1–2A Appal.. ONLY, please cation that you hays road ad agree tool applicable lens, assuraoces ens obligations contained in Appendix 0.2. g | | | |
| 2. 101 11.20 Apollo:aliens ONLY, please confirm Inal you nave read and agree to all II e applicable leas, assurances and obligations contained in Appendix 0.1. § | 61 Yes | [0 50 | 011/h |

**J. Preperer**

Çrerele,,f1,11,3400,1irinb   rile oippeτu┐ rt   percon other Man the one id 51:08d in either Section (employer
   CI ord

| 1. LosI lobed) num | 0. Fast tnluonl carrIe a | g Middle mitial § |
|---|---|---|
| A..Job Tale | | |
| , Fiirel000inneonarrr0 | | |
| E. E.)duile dItioeo | | |

**I(. U.S. Gevermant Agency Use (ONLY)**

Pursuant In la provisions of Section 101 (n1(1510401) of tho Magna tien end Nalionalitr Act as amended, thereby certify that I ate am not aril...mot U.S. workers available ad Me emanyment of in. anve will not idvetsely afford the stenos and working conditions el workers in IIe LIS. similarly employed. By value Of the signature helms, . Depadment of Labor hereby annowiedges the Wowing

This ceridoalion is valid Cern _____ to _____ .

Department of labor, Office 01 1010120 Lanor Certification   Eerryrooslion Date (dale signed)

Case number _____   EI _____

L 0510 Paperwork Reduction Act (1205-04001)

Percent am not ininiTea to reamed te Min runtinclien el infurinelion unions 11rarailays a ramentty Lid OMB ceelmi ntinraer. Respeiractina inply lo Itmee lequ renie111::12 ationatery io rattan tee barn a ol Mom, aonteyrne tend:atom formagraton ono napalm, Ret. freone 101 0O¹¹·₁₂)0¹0. 1,011C rOn ang pordor, 1511105 ,olledion cc InloIlOolion ts estIolo ad to evernae 1 hour per metmese ter 11-3A and houfs SO ratoulas lei 11011, 11101101%1.e Cono Int reaming Inactions. spatula, martno moa 501.85, galbereng and ...aeon Me dela needed, and comaleing ano revieffing Me collection of information. Send clanmeefl regent.. his surden estate. te Ins Oifte of Foray.... Cede:Ann U.S. Duna.cl of lobo • Room CO312 • 203 Genet:10Pu, Ave., ¹ʰʳ¹ ⁰ Otedlelolan, CC • 20210. 00 1101 sand Ills completed application co urts address.

ETA Fran 9142   FOlt UliPAIGEMENT   Ild1011USE ONLY   Noe 6 of ft
Cut Numner _____   Cue :Came _____ Validity hefIedi _____

---

311   Federal Register/ ltd. 70, No. 72 il'hursliny, April 14, 2.111 /Notices

## Application for Temporary Employment Certification
### ETA Foot 9142 -APPENDIX 0.1
### U.S. Depaitment of Labor

For Dee in Flag Applications Wrap the 11.20 Non-AgattIIttral Pr ___ tram ONLY

**i. Attorney or Agent Declaration**

I hotel, certify Mal I am an employee an ar hiterl by, Om employer noted in Suellen C el   Ite ETA rum star and
Mat `Iowa been desionaled It y Mal employer Io acl on 115 behalf In conneellon wIIIt Iids   pplication. 'Also cerlity
fliet te Me boot el my knowledge Me Inliermetion contained herein lo free and unment It   nactolroutMe le
111101010,11,,11.1.05.1¹¹¹¹¹¹¹ 1. 1O pleon.. el Hos Irmo and nny supplemenl hemle e   look', *foll, or nom.
moli:· le ᵈ⁰ ,,·, o lel„ rPeals.. by n $250,0,0 One or 5 years in a federal poolloollay   holfM 1 (III LI.S.C. 1000.

| I. Attorney or Agars last (family) name | 2. First (given) name | 3 | Middle Initial |
|---|---|---|---|
| Muilenbum | Grew | | |

' I. Floalausinass name
Labor Consultants international

glor⁵¹  it tieⁿ¹jr.2,;Ill

| (1. Slur el... | / | 7. Dale signed |
|---|---|---|
| | | rwooram |

1. EmpInver fleare4pin '
by vilve of Ply olynelulo 1100'1,111ER . ) ChItIFY Ilin Wooing conditions of employ,. If:

1. Tnelchnimonanly le n !men Pan. Meth, Icemen, aeration, Me mirancelions tor .1 | ice consistent WM the
   nennel rad accepted tracCriraalons requited by non.11.213 employers in I. porno et eon, | orate ouormairuns.

g Thu letnfotoartryIr nor worn! because Me farmer nommen.) is tern). nfign or Le | rod nut In the craven of n
   karst dion. involving a mak meat,,

3. The le⁵ Mated., Is ono.⁶ any mollified U,S, moor regardless of race, cod, nation | I unges nae, saEteeplan.
   I medicine of cierenehin, end Mu ...yet Ito congtoted me moir/al inemittreent. In el | caranime yeth iumillilillii, end
   hal bran urauccimeld In location sufficient mraref s of tmetraud U.S. applicants lin Inti | 0,11unOy Mr Mach
   ecilificatim Is melted  Any U.S.umbors xlis amaled Cl oop&M' Me Rh "c" et m¹·¹ a | *and ouilr fin Maa Pt⁵
   rated moons. and Inn pranoyer must feta manias of atti resolutions.

C. T. neutral Mane end woMina emefilians of Mu job vonatInnity era mane to makers al | Minty eneneod HIM
   Inelneaed emorayment 500 010 net lass farm. non biero elle. to 11:01111 | ann./tette) and too rml
   lem man the mi.= tan. end condilluer ram. by Ronal nauliaion al 20 CFR 0 | P. caned A

& IIte offered wage Mlarar or exceeds 1.10yfies1 n111.e.nint recent merman wenn limt | 5 or all So hand WI.    fe•
   OIIIRMITelll 101. employer Mr Ite Pole period the ark to perfininni. ar Me noulieatlo | ederat Slat, to tad
   IIIII III = Wnp. end Me empleyei hel pay IIra efluied thine.

G. The 011el·,wn,nts not band en conalirriurn, bill.er, or Mime incentive, onloos no | molayor guarantees o
   nape told un a weerily, IOwnelay, rar monthly huts Pint Gaut. of exceede Pin tuataraco | wean. or ma Mg.
   Federal to Stale minimum mien. Wicheuer is Hallett.

7. ,.1110 Ion period of emplaymel Mal h 11.0 subject of iltit lac/ codification noplation. | ha emote, yet meaty
   an poseatal.Failetal. Stale mellow! ernolnymonluelaled laws nod tnpulatiunr, Mega | mg tonoterenentuetated
   heel. eel milrity le,,

te The =Meyer hes eel telt, aff and VA not lay ral any similarly emptoyog U.S. manor in., | acconnIEn .0151.
   suliffira of Ito SoAsOiod/orjawowee 00000n eel Certification In Um wee al Intender | erecranereM1111.111.
   poem, emceeing 120 any., before Ma delay· need, //french.. Ina omplayer also al | sts that It altered Vie Mo .
   moot:Oldly 1501 Is IIIs 8110lll of I. mineral. 1011133n In.IlIl U.S. ordains) mil Me  .S, traufker/s/rather
   0105011 III, 101 impoilunTy onus Wert. for the tob ....Idly far Mold Inn, ,nwin.eleiral  xlo, my.

Em nom 4141-Appecliif 11./   FOR almitTAIONT 00 trallOrt Usc onto'   Pere neer.

coe Rao.,_____   crel'e-,,_____   I' 5 I uf Italoymea

---

Petinra) Register /Vol. 76, No. 72 /Thursdny. April 14. '   n/Notk.   2111311

axle coraral number 12011,1.
Emma. (Mira 111300/111

## Application for Temporary Employment Cedif Iced
### ETA Fenn 9142 - APPENDIX 0.1
### U.S. Depanment Of Labor

II. the unpin, nnd anent, neratm aileron" Pave nul enteral en received poyment of y   Imre Me employee
:my :Interim   by   to obtaining latmr conamation.lalutling payment ol   crenteya neer nap 1 etc
amnia:aeon fee, or in st:reiner, rausts. rca purneses of this prairarepth payment Include   but la not hated In
monelury unman, age coneessione tineangdedagons from ages, Woo, n•Im MaIticAbars, taitms,
eibuter, land   ond free lona,

10. Unoortio1L2n worker lacing some:mad by another gateman. ennrayer, ale   er al Inform lign
worms of go tagoirenten Mot they Move ger U.S. al the met el Om prated Gratified hy   Deporanen1
Imputation ham am ninthly, hrachovet is earlier, as repulied trader peerage, end   f ambled by.
matte, mint tho nof of Ma pratel. la employer Is hahite In, trameepeantine•

11. 0000 010 peonention ham noodaymnt r ,okay torslOn eooksrlH eninfratrad mrara Me ¹,⁰⁵¹¹, Gm ,Sciratin enranetrao.
etNi separatine Eames piier to Om end Mahe 010m emeInyrnora camera. In Me applie Eccles main, eV
nu Illy the Deperlinent am, OHS Inoeilley ony Moe moaned mance. el Pm finnan. firm num.-meant era
Wei Man fraly-erahl On) Mane alter molt sen·allan lodisnoosrall

10 The employer hte not piece any 11,11 walliere empleyed pummel Mahe antanalien ou   Iite men of lamded
errralayment iralci.l rat Om Appenraran   efelifee.eini   employer tos obtained a
new twiny laher crate., limn   Depailment.

13. Thu dales el Iemma, mad. teatieraM 1 of Infehonmy neud.I.d   nns being rarer..
CellilllGIWnhavo ,3eon troy hod ocmiralel,laIed on Pm opliraMinie

IC If Me noel nraine te being Grad as UM convect, tho omptoyer vall not On0 anYEge wOe's eadaYed
nutruant to Om taboo coaifisellan Pope... ugh ow Oa ountoYar or" notaor emie 01010 neOcte

ᶜ⁰ The empoof natilOnlral 000sOOtInOO edu int., as to anther ihn ran. empItiyer Pas OTIMiced
el name In alpine e rInarrely enitloyed U.S. worker atfn Om arena letto MO employment awn
the neriati begat. 120 days Won and Moped   entire Mammon of no 1-1.211 yearer.15n ni -,
Poinhyra prohifee written ramfarentinn   hue not se displaced end does fat lotend   donne fush
U.S. winters, and
On All Panel. MO 1131. mine certified  ApPTIMMien III Ye00000nrf FmOtoname CuMMatio.

I hoar, designate Mo littera et attorney Were:bed in nap. . (II nate/ Me ETA Foon 01421 050ans.1 on for Me
III,050 of InbaceelrIllal.000bel,0y value el my Moraine In IIIucie 3 helm...pita. hill /aspen 11.1111y for Me noway of
any representations nate eymy agent to ellarrety.

I declare Older filiniely of torjery Hath have read and reviewed Wu noplimtfWI end Iwo Witte noiormlytsoarsouo rilo
hilminetion =Veined them. le Inei and emirate.  tilIsrnIeieodiiiiIllio Anowalara famish Woo nIelmalien intim
promellen el Misr hem nod any oupelmoon f thereto orle en, ara, nnenb,00ionelloo do so 00 loony ;mho. by
5250,00 lino or 5 yenta in leo Fedora noeMonon ae. ¹⁶⁰.Bt

| 1. Teel (family) name | . 2. (Hiyon) mono | 1 3. Middle allal |
|---|---|---|
| Woods | | |
| 4. Tillo | | |
| 11104 | | |
| 5. S/\Hlut. _____ | | 6. Dale signed |
| o tadtAnt¹ C⁺ ˡC'' ᵢ | | OW0412011 |

ETA r17.71 d2 - Appent. 11 1   nom netssursterar on LABOR USE ONLE   Pound and
C el _____   Crac Shier _____ Prairat of Para.-Ie:en _____ to _____

# ATTACHMENT



# Georgia Secretary of State
## Brian P. Kemp

Archives • Corporations • Elections • News Room • Professional Licensure • Securities • State Capitol

**Search**
- By Business Name
- By Control No
- By Officer
- By Registered Agent

**Verify**
- Verify Certification

**Filing**
- Click here to file online for:
  - New Limited Liability Company (LLC)
  - New Business Corporation
  - New Non-Profit Corporation
  - New Professional Corporation PC

**Annual Registration**
- Annual Registration

**Name Reservation**
- File Name Reservation Online

**Online Orders**
- Register for Online Orders
- Order Certificate of Existence
- Order Certified Documents

## View Filed Documents
Date: 4/26/2012    (Annual Registration History etc.)

### Business Name History

| Name | Name Type |
|---|---|
| ALPINE FORESTRY, LLC | Current Name |

### Limited Liability Company - Domestic - Information

| | |
|---|---|
| Control No.: | 08053731 |
| Status: | Admin. Dissolved |
| Entity Creation Date: | 6/20/2008 |
| Dissolve Date: | 8/23/2011 |
| Jurisdiction: | GA |
| Principal Office Address: | 137B COMMERCE AVE., 287 Lagrange GA 30241 |

### Registered Agent

| | |
|---|---|
| Agent Name: | Agent Resigned |
| Office Address: | No Address |
| Agent County: | No County |

Control No. 08053731

# TATE OF GEORGIA

Secretary of State
Corporations Division
315 West Tower
#2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

# CEIKTIFICAiv,
# OF
# Administrative
# Dissolution/Revocation

I, Brian P. Kemp, the Secretary of State of the State of Georgia, do hereby certify under the seal of my office that

ALPINE FORESTRY, LLC

was mailed a notice in accordance with Title 14 of the Official Code of Georgia Annotated and was involuntarily or administratively dissolved or its certificate of authority revoked by the Office of Secretary of State on 08/23/2011 for failure to file its annual registration.

This certificate is issued pursuant to Title 14 of the Official Code of Georgia Annotated and is prima-facie evidence of the existence or nonexistence of the facts stated herein.

WITNESS my hand and official seal of the City of Atlanta and the State of Georgia on August 23, 2011



3.,

Brian P. Komp
Secretary of State

# ATTACHMENT C

OMB Approval: 1205-0466
Expiration Date: 01/31/2012

**Application for Temporary Employment Certification**
**ETA Form 9142**
**U.S. Department of Labor**



RECEIVED
FOREIGN LABOR
MAIL PRC CTR-CHICAGO

*Please read an review the filing instructions carefully before completing the ETA Form 9142. A copy of the instructions can be found at nttn://www.icreionlaborcert.dolatamoVI. In accordance with Federal Regulations, incomplete or obviously inaccurate applications will not be certified by the Department of Labor. If submitting this form non-electronically, LA_Li required fields/items containing an asterisk ( * ) must be completed as well as any fields/items where a response is conditional as Indicated by the section ( § ) symbol.*

### A. Employment-Based Nonimmigrant Visa Information

1. Indicate the type of visa classification supported by this application *(Write classification symbol):* *   **H-2B**

### B. Temporary Need Information

1. Job Title *   Tree Planter (08370 SCA)

2. SOC (ONET/OES) code *   45-4011

3. SOC (ONET/OES) occupation title *   Forest and Conservation Workers

4. Is this a full-time position?*   ☒ Yes   ☐ No

**Period of Intended Employment**
5. Begin Date *  10/01/2012  *(mmiddlyvVV)*
6. End Date *  06/15/2013  *(mm/dd/vvvv)*

7. Worker positions needed/basis for the visa classification supported by this application

**80**   Total Worker Positions Being Requested for Certification *

Basis for the visa classification supported by this application
*(indicate the total workers in each applicable category based on the total workers identified above )*

| | | | |
|---|---|---|---|
| 80 | a. New employment * | | d. New concurrent employment * |
|  | b. Continuation of previously approved employment * without change with the same employer | | e. Change in employer ' |
|  | c. Change in previously approved employment * | | f. Amended petition * |

8. Nature of Temporary Need: (Choose only one of the standards) *
   ☐ Seasonal    ☐ Peakload    ☒ One-Time Occurrence    ☐ Intermittent or Other Temporary Need

9. Statement of Temporary Need *
Alpine Forestry is a reforestation company that provides various reforestation services to companies and private landowners in the Southeastern United States. Our contracts begin in October this season and end in mid-June. We do not employ during July-August-September due to the seasonality of the reforestation work we do and the region in which we hold contracts; both of these factors determine our date of need. Reforestation activities include performing manual labor necessary to maintain and develop woodlands, including the hand planting of tree seedlings using a dibble bar and/or planting tool, as well as other related activities. The work is strenuous and involves walking long distances over rough terrain in various weather conditions in extreme temperatures. Reforestation is done in direct correlation to the growth and dormancy cycles of seedlings, trees and other vegetation. These cycles are predictable and recurring in nature. Our contracts with landowners and forest managers therefore create a higher demand for reforestation services during the period of October to mid-June. Depending on contracts, we end in mid-May or mid-June, this season it is mid-June. To meet this seasonal demand contracts, we need additional workers over what we requested last season. These workers are temporary, yet full-time during our season.

ETA Form 9142          FOR DEPARTMENT OF LABOR USE ONLY          Page 1 of 6

Case Number: _____   Case Status: _____   Validity Period: _____ to _____

Everything blackened
has been redacted
under exemption #6

OMB Approval: 1205-0466
Expiration Date: 01/31/2012

Application for Temporary Employment Certification
ETA Form 9142
U.S. Department of Labor



## C. Employer Information

Important Note: Enter the full name of the Individual employer, partnership, or corporation and all other required information in this section. For joint employer or master applications filed on behalf of more than one employer under the H-2A program, identify the main or primary employer in the section below and then submit a separate attachment that Identifies each employer by name. mailing address, and total worker Dositions needed, under the application.

| | |
|---|---|
| 1. Legal business name * | Alpine Forestry, LLC |
| 2. Trade name/Doing Business As (DBA), if applicable | |
| 3. Address 1" | 137 B Commerce Ave |
| 4. Address 2 | 287 |

| 5. City ' | 6. State | 7. Postal Code |
|---|---|---|
| LaGrange | GA | 30241 |

| 8. Country * | 9. Province |
|---|---|
| USA | |

| 10. Telephone Number | 11. Extension |
|---|---|
| 706-675-1611 | N/A |

| 12. Employer Identification Number (FEIN from IRS) | 13. NAICS code (must be at least 4-digits) * |
|---|---|
| | 115310 |

| 14. Number of non-family full-time equivalent employees | 15. Annual gross revenue | 16. Year established |
|---|---|---|
| 2 | | 2008 |

17. Type of employer application (choose only one box below) *

[X] Individual Employer              [ ] Association - Sole Employer (H-2A only)
[ ] H-2A Labor Contractor or         [ ] Assocation - Joint Employer (H-2A only)
    Job Contractor                   [ ] Association - Filing as Agent (H-2A only)

## D. Employer Point of Contact Information

Important Note: The information contained in this Section must be that of an employee of the employer who is authorized to act on behalf of the employer in labor certification matters. The information in this Section roust be different from the agent or attorney information listed in Section E, unless the attorney is an employee of the employer. For joint employer or master applications tiled on behalf of more than one employer under the H-2A program, enter only the contact information for the main or primary employer (e.g., contact for an association filing as joint employer) under the application.

| 1. Contact's last (family) name * | 2. First (given) name * | 3. Middle name(s) " |
|---|---|---|
| Woods | Brandy | |

| | |
|---|---|
| 4. Contact's job title " | HRM |
| 5. Address 1* | 137 B Commerce Ave |
| 6. Address 2 | 287 |

| 7. City * | 8. State * | 9. Postal code * |
|---|---|---|
| LaGrange | GA | 30241 |

| 10. Country * | 11. Province |
|---|---|
| USA | |

| 12. Telephone number * | 13. Extension | 14. E-Mail address |
|---|---|---|
| 706-675-1611 | | alpineforestryllc@hotmail.com |

**Everything blackened
has been redacted
under exemption #6**

OMB Approval: 1205-0466
Expiration Date: 01/3112012

Application for Temporary Employment Certification
ETA Form 9142
U.S. Department of Labor



### E. Attorney or Agent Information (If applicable)

| 1. Is/are the employer(s) represented by an attorney or agent in the filing of this application (includina associations actina as aaent under the H-2A proaram)? If "Yes", complete Section E.* | IZI Yes   O No |
|---|---|

| 2. Attorney or Agent's last (family) name § | 3. First (given) name § | 4. Middle name(s) § |
|---|---|---|
| Newton | Nicole | |

| 5. Address 1 § |
|---|
| 1137 N. 3rd Street |

| 6, Address 2 |
|---|
| |

| 7. City § | 8. State § | 9. Postal code § |
|---|---|---|
| Coeur d'Alene | ID | 83814 |

| 10. Country § | 11. Province |
|---|---|
| USA | |

| 12. Telephone number § | 13. Extension | 14. E-Mail address |
|---|---|---|
| 208-777-2654 | | nicole   laborci.com |

| 15. Law firm/Business name § | 16. Law firm/Business FEIN § |
|---|---|
| Labor Consultants International | |

| 17. State Bar number (only if attorney) § | 18. State of highest court where attorney is in good standing (only if attorney) § |
|---|---|
| | |

| 19. Name of the highest court where attorney is in good standing (only if attorney) § |
|---|
| |

### F. Job Offer Information

#### a. Job Description

| 1. Job Title * |
|---|
| Tree Planter (08370 SCA) |

| 2. Number of hours of work per week | 3. Hourly Work Schedule' |
|---|---|
| Basic*: 35   Overtime. 10 | A.M. (h:mm   800   P.M. (:mm)'   4:00 |

| 4. Does this position supervise the work of other employees?*   El Yes   E No | 4a. If yes, number of employees worker will supervise (if applicable) § |
|---|---|

5. Job duties - A description of the duties to be performed MUST begin in this space. If necessary, add attachment to continue and complete description. "

Temporary Position
Possible hours: 35-45 hours per week
Tree Planting Only
Multiple times all day: Dig holes, place seedling tree without J or U root, pack soil to secure seedling using hand planting tool and other related forestry activities as per SOC/OES 45-4011 (onetonline.org ). Tools provided. Extensive travel required all areas for full contract in AL-GA-TN-KY-MD-PA-NC-VA-LA-MS-SC-TX. Extensive walking up to 15- miles per day also stooping, and bending while carrying a up to a 60 lb pack through rough terrain (non-trail). Required to show proof of legal authority to work in U.S.

OMB Approval: 1205-0466
Expiration Date: 01/31/2012

Application for Temporary Employment Certification
ETA Form 9142
U.S. Department of Labor



• F. Job Offer Information *(continued)*

b. Minimum Job Requirements:

| 1. Education: minimum U.S. diploma/degree required * |
|---|
| EA None  CI High School/GED  [17] Associate's  0 Bachelor's  • Master's  0 Doctorate (PhD)  CI Other degree (JD, MD, etc.) |

| 1a. If "Other degree" in question 1, specify the diploma/degree required § | 1b. Indicate the major(s) and/or field(s) of study required § (May list more than one related major and more than one field) |
|---|---|
|   |   |

| 2. Does the employe require a second U.S. diploma/degree?* | II Yes  El No |
|---|---|
| 2a. If "Yes" in question 2, indicate the second U.S. diploma/degree and the major(s) and/or field(s) of study required § | |

| 3. Is training for the job opportunity required?* | III Yes  N No |
|---|---|
| 3a. If "Yes" in question 3, specify the number of months of training required § | 3b. Indicate the field(s)/name(s) of training required § (may list more than one related field and more than one type) |

| 4. Is employment experience required? * | CI Yes  E No |
|---|---|
| 4a. If "Yes" in question 4, specify the number of ' months of experience required § | 4b. Indicate the occupation required § |
| N/A | N/A |

| 5. Special Requirements - List specific skills, licenses/certifications, and requirements of the job opportunity.* |
|---|
| Extensive walking (15 miles daily), stooping, bending while carrying a 60lb pack all day. Required to show proof of legal authority to work in U.S.. |

c. Place of Employment Information:

| 1. Worksite address 1* |
|---|
| 37  Camden Bypass-iighway_10)  (report to work) |
| 2. Address 2 |

| 3. City" | 4. County" |
|---|---|
| Camden | Wilcox |
| 5. State/District/Territory" | 6. Postal code* |
| AL | 36726 |

| 7. Will work be performed in multiple worksites within an area of intended employment or a location(s) other than the address listed above? * | N Yes  0 No |
|---|---|

7a. If Yes in question 7, identify the geographic place(s) of employment with as much specificity as possible. If necessary, submit an attachment to continue and complete a listing of all anticipated worksites. §

Multiple areas as follows:
AL: Bibb, Marshall, Jackson, Clarke, Monroe, Franklin, Lawrence, Choctaw, Covington, Sumter, Shelby, Cherokee. GA: Troup, Burke, Wilcox, Turner. KY: Adair. LA: East Feliciana, West Feliciana, Evangeline, Livingston. MD: Washington MS: Pontotoc, Calhoun, Yalobusha, Marshall, Lee. NC: Craven, Yadkin, Stokes, Rockingham, Beaufort, Surry. PA: Huntingdon, Perry. SC: McCormick, Allendale, Bamberg, Colleton, Marlboro, Kershaw, Fairfield, Aiken. TN: Franklin, Hickman, Perry, Wayne, Lawrence. TX: Galveston, Brazoria, Fort Bend. VA: Roanoke, Giles, Montgomery Prince William, Patrick, Carroll.

OMB Approval: 1205-0466
Expiration Date: 0113112012

Application for Temporary Employment Certification
ETA Form 9142
U.S. Department of Labor



### G. Rate of Pa

| 1. Basic Rate of Pay Offered * | 1a. Overtime Rate of Pay *(if applicable)* § |
|---|---|
| From: $ 10.40    To (Optional): $ | From: $ 15.60    To (Optional): $ |

2. Per: (Choose only one) *
   ☒ Hour  ☐ Week  ☒ Bi-Weekly  ☐ Month  ☐ Year  ☐ Piece Rate

2a. If Piece Rate is indicated in question 2, specify the wage offer requirements: §

3. Additional Wage Information (e.g. multiple worksite applications, itinerant work or other special procedures). If necessary, add attachment to continue and complete description. §

Variable weather conditions apply; hours may fluctuate, possible downtime.

### H. Recruitment Information

1. Name of State Workforce Agency (SWA) serving the area of intended employment *
   Alabama Job Link

| 2. SWA job order identification number * | 2a. Start date of SWA job order * | 2b. End date of SWA job order * |
|---|---|---|
| 859477 | 07/17/2012 | 07/30/2012 |

3. Is there a Sunday edition of a newspaper (of general circulation) in the area of intended employment?*     ☒ Yes  ☐ No

| | Name of Newspaper/Publication *(in area of intended employment)* * | Dates of Print Advertisement | |
|---|---|---|---|
| | | From: | To: |
| 4. | Daily Mountain Eagle (Thursday) | 07/26/2012 | 07/26/2012 |
| 5. | Daily Mountain Eagle (Sunday) | 07/29/2012 | 07/29/2012 |

6. Additional Recruitment Activities. Use the space below to identify the type(s) or source(s) of recruitment, geographic location(s) of recruitment, and the date(s) on which recruitment was conducted. If necessary, add attachment to continue and complete description.*

Alpine Forestry, LLC has complied with all State and Federal Dept. of Labor regulations in regard to the H-2B positive recruitment process. A job order opened with Alabama Job Link on 7/17/2012 and closed on 7/30/2012. Advertisements ran in the Daily Mountain Eagle (Thursday) on 7/26/2012 and in the Daily Mountain Eagle (Sunday) on 7/29/2012. All sources of recruitment yielded 5 referrals. Results are enclosed. At this time 3 has/have agreed to accept the offered position.

ETA Form 9142          FOR DEPARTMENT OF LABOR USE ONLY          Page 5 of 6

Case Number: _____     Case Status: _____   Validity Period: _____ to _____

OMB Approval: 1205-0466
Expiration Date: 01/31/2012

**Application for Temporary Employment Certification**
**ETA Form 9142**
**U.S. Department of Labor**



### I. Declaration of Employer and Attorney/Agent

In accordance with Federal regulations, the employer must attest that it will abide by certain terms, assurances and obligations as a condition for receiving a temporary labor certification from the U.S. Department of Labor. tNoplications that fail to attach Appendix A,2 or Appendix B,1 will be considered incomplete and not accepted for processing by the ETA application processing center

| | |
|---|---|
| 1. For H-2A Applications ONLY, please confirm that you have read and agree to all the applicable terms, assurances and obligations contained in Appendix A.2. § | O Yes   O No   IA N/A |
| 2. For H-2B Applications ONLY, please confirm that you have read and agree to all the applicable terms, assurances and obligations contained in Appendix 8.1. § | IA Yes   Ell No   fi N/A |

### J. Preparer

Complete this section if the preparer of this application is a person other than the one identified in either Section D (employer point of contact) or E (attorney or agent of this application.

| 1. Last (family) name § | 2. First (given) name § | 3. Middle initial § |
|---|---|---|
| 4. Job Title § | | |
| 5. Firm/Business name § | | |
| 6. E-Mail address § | | |

### K. U.S. Government Agency Use (ONLY)

Pursuant to the provisions of Section 101 (a)(15)(h)(ii) of the Immigration and Nationality Act, as amended, I hereby certify that there are not sufficient U.S. workers available and the employment of the above will not adversely affect the wages and working conditions of workers in the U.S. similarly employed. By virtue of the signature below, the Department of Labor hereby acknowledges the following:

This certification is valid from  _____  to  _____

_____        _____
Department of Labor, Office of Foreign Labor Certification         Determination Date (date signed)

_____        _____
Case number                                                                                    Case Status

### L. OMB Paperwork Reduction Act *(1205-0455)*

Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. Respondent's reply to these reporting requirements is mandatory to obtain the benefits of temporary employment certification (Immigration and Nationality Act, Section 101 (a)(15)(H)(i1)). Public reporting burden for this collection of information is estimated to average 1 hour per response for H-2A and 2 hours 45 minutes for H-20, Including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate to the Office of Foreign Labor Certification * U.S. Department of Labor " Room C4312 *200 Constitution Ave., NW* Washington, DC " 20210. Do NOT send the completed application to this address.

| ETA Form 9142 | FOR DEPARTMENT OF LABOR USE ONLY | Page 6 of 6 |
|---|---|---|
| Case Number: | _____Case Status: _____     Validity Period: _____ to _____ | |

OMB Control Number: 1205-0466  
Expiration Date: 01/31/2012

## Application for Temporary Employment Certification

ETA Form 9142 - APPENDIX B.1  
U.S. Department of Labor



For Use in Filing Applications Under the F1-2B Non-Agricultural Program <u>ONLY</u>

### A. Attorney or Agent Declaration

*I hereby certify that I am an employee of, or hired by, the employer listed in Section C of the ETA Form 9142, and that (have been designated by that employer to act on its behalf in connection with this application. I also certify that to the best of my knowledge the information contained herein is true and correct I understand that to knowingly furnish false information in the preparation of this form and any supplement hereto or to aid, abet, or counsel another to do so is a felony punishable by a $250,000 fine or 5 years in a Federal penitentiary or both (18 U.S.C. 1001).*

| 1. Attorney or Agent's last (family) name | 2. First (given) name | 3. Middle Initial |
|---|---|---|
| Newton | Nicole | |
| 4. Firm/Business name<br>Labor Consultants International | | |
| 5. E-Mail address<br>nicole@laborci.com | | |
| 6. Signature | | 7. Date signed<br>09/24/2012 |

### B. Employer Declaration

*By virtue of my signature below, (HEREBY CERTIFY the following conditions of employment:*

1. The job opportunity is a bona fide, full-time temporary position, the qualifications for which are consistent with the normal and accepted qualifications required by non-H-2B employers in the same or comparable occupations.
2. The job opportunity is not vacant because the former occupant(s) is (are) on strike or locked out in the course of a labor dispute involving a work stoppage.
3. The job opportunity is open to any qualified U.S. worker regardless of race, color, national origin, age, sex, religion, handicap, or citizenship, and the employer has conducted the required recruitment, in accordance with regulations, and has been unsuccessful in locating sufficient numbers of qualified U.S. applicants for the job opportunity for which certification is sought. Any U.S. workers who applied or apply for the job were or will be rejected only for lawful, job-related reasons, and the employer must retain records of all rejections.
4. The offered terms and working conditions of the job opportunity are normal to workers similarly employed in the area(s) of intended employment and are not less favorable than those offered to the foreign worker(s) and are not less than the minimum terms and conditions required by Federal regulation 20 CFR 655, Subpart A.
5. The offered wage equals or exceeds the highest of the most recent prevailing wage that is or will be issued by the Department to the employer for the time period the work is performed, or the applicable Federal, State, or local minimum wage, and the employer will pay the offered wage.
6. The offered wage is not based on commissions, bonuses or other incentives, unless the employer guarantees a wage paid on a weekly, bi-weekly, or monthly basis that equals or exceeds the prevailing wage, or the legal Federal or State minimum wage, whichever is highest.
7. During the period of employment that is the subject of the labor certification application, the employer will comply with applicable Federal, State and local employment-related laws and regulations, including employment-related health and safety laws;
8. The employer has not laid off and will not lay off any similarly employed U.S. worker in the occupation that is the subject of the Apolication for Temporary Employment Certification in the area of intended employment within the period beginning 120 days before the date of need, except where the employer also attests that is offered the job opportunity that is the subject of the application to those laid-off U.S. worker(s) and the U.S. worker(s) either refused the job opportunity or was rejected for the job opportunity for lawful, job-related reasons.

---

ETA Form 9142 - Appendix B.1     FOR DEPARTMENT OF LABOR USE ONLY     Page B.I of B.2

Case Number: _____  Case Status: _____  Period of Employment _____ to _____

OMB Control Number: 1205-0466
Expiration Date: 0113112012



Application for Temporary Employment Certification

ETA Form 9142 - APPENDIX B.1

U.S. Department of Labor

9. The employer and its agents and/or attorneys have not sought or received payment of any kind from employee for any activity related to obtaining labor certification, including payment of the employer's attorneys' fees, application fees, or recruitment costs. For purposes of this paragraph, payment includes, but is not limited to, monetary payments, wage concessions (including deductions from wages, salary, or benefits), kickbacks, bribes, tributes, in kind payments, and free labor.

10. Unless the H-2B workers is being sponsored by another subsequent employer, the employer will inform H-28 workers of the requirement that they leave the U.S. at the end of the period certified by the Department or separation from the employer, Whichever is earlier, as required under § 655.35, and that if dismissed by the employer prior to the end of the period, the employer is liable for return transportation.

11. Upon the separation from employment of any foreign worker(s) employed under the labor certification application, if such separation occurs prior to the end date of the employment specified in the application, the employer will notify the Department and OHS in writing or any other method specified of the separation from employment not later than forty-eight (48) hours after such separation is discovered by the employer.

12. The employer will not place any H-28 workers employed pursuant to this application outside the area of intended employment listed on the Application for Temporary Employment Certification unless the employer has obtained a new temporary labor certification from the Department.

13. The dates of temporary need, reason(s) for temporary need, and number of worker positions being requested for certification have been truly and accurately stated on the application.

14. If the application is being filed as a job contractor, the employer will not place any H-2B workers employed pursuant to the labor certification application with any other employer or at another employer's worksite unless:

    (i) The employer applicant first makes a bona fide inquiry as to whether the other employer has dispaced or intends to displace a similiarlY employes U.S. worker within the area of intended employment within the period beginning 120 days before and throughout the tnire placement of the H-28 worker, the other employer provides written confirmation that is has not so displaced and does not intend to displace such U.S. workers; and

    (ii) All worksites are listed on the certified Application for Temporary Employment Certification

I hereby designate the agent or attorney identified in section D (if any) of the ETA Form 9142 to represent me for the purpose of labor certification and, by virtue of my signature in Block 3 below, I take full responsibility for the accuracy of any representations made by my agent or attorney.

I declare under penalty of perjury that I have read and reviewed this application and that to the best of my knowledge the information contained therein is true and accurate. / understand that to knowingly furnish false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by a $250,000 fine or  5 years in the Federal penitentiary or both (18 U.S.C. 1001)

| 1. Last (family) name | 2. First (given) name | 3. Middle Initial |
|---|---|---|
| Woods | Brandy | |
| 4. Title  HRM | | |
| 5. Signature  *Brandy Woods* | | 6. Date signed  09/24/2012 |

ETA Form 9142 - Appendix B.1     FOR DEPARTMENT OF LABOR USE ONLY                           Page B.2 of B.2

Case Number: _____ Case Status: _____ Period of Employment _____ to _____